

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00352-CR

**EX PARTE** Ricardo **GUZMAN-SIERRA**

From the County Court, Kinney County, Texas
Trial Court No. 12100CR
Honorable Roland Andrade, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the order of the trial court denying appellant's application for writ of habeas corpus is AFFIRMED.

SIGNED February 22, 2023.

Liza A. Rodriguez, Justice